No. D–21.  IN RE DISBARMENT OF LIDDY.  It having been reported to the Court that George Gordon Liddy, of Oxon Hill, Maryland, has been disbarred from the practice of law in all of the courts of the State of New York, and this Court by order of November 19, 1973 [414 U. S. 1037], having suspended the said George Gordon Liddy from the practice of law in this Court and directed that a rule issue requiring him so show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent and that the time within which to file a return has expired;

It is ordered that the said George Gordon Liddy be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.

No. 72–942.  HAINSWORTH v. WHITE, SECRETARY OF STATE OF TEXAS.  Appeal from D. C. W. D. Tex.  [Probable jurisdiction noted, 410 U. S. 965.]  Motion of appellant for leave to file supplemental brief after argument granted.

No. 72–1713.  SECRETARY OF THE NAVY v. AVRECH.  Appeal from C. A. D. C. Cir.  [Probable jurisdiction noted, 414 U. S. 816.]  Counsel for parties directed to file within 21 days supplemental briefs on issues of jurisdiction of the District Court and on exhaustion of remedies. Briefs may be typewritten.

No. 72–6160.  MITCHELL v. W. T. GRANT Co.  Sup. Ct. La.  [Certiorari granted, 411 U. S. 981.]  Motion of the State of Louisiana for leave to file a brief on the merits after argument granted.